IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01252-ZLW

CHRISTOPHER HARMON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

    It is ORDERED that the Stipulated Motion For Award Of Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412 (Doc. No. 25; June 22, 2009) is granted.  It is

    FURTHER ORDERED that Plaintiff is awarded attorney's fees in the amount of $5,128.87.

    Dated at Denver, Colorado, this 25th day of June, 2009.

                                BY THE COURT:

                                *Zita L. Weinshienk*
                              _____
                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court